Submitted November 10, affirmed December 8, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSE LUIS CORONADO, JR.,
aka Jose Luis Coronado,
*Defendant-Appellant.*

Polk County Circuit Court
19CR68854; A173161

501 P3d 100

Monte S. Campbell, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Gomez*, 310 Or App 693, 485 P3d 314 (2021).